**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHARD E. WOLD,<br><br>　　Plaintiff,<br><br>v.<br><br>NATIONWIDE ACCEPTANCE, LLC,<br><br>　　Defendant. | Case No. 1:21-cv-01224<br><br>Judge Robert W. Gettleman |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that RICHARD E. WOLD ("Plaintiff") and NATIONWIDE ACCEPTANCE, LLC ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: May 27, 2021

Respectfully submitted,

RICHARD E. WOLD

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com